UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: **16-9220** |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| **Ann Chambers** | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant, **Ann Chambers**, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: **Next court date 12/22/16**

_____       20 ~~Sept~~ Oct 20
**Ann Chambers**
DEFENDANT                                                    DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_____
DATE   10/20/16

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
U.S. PRETRIAL SERVICES OFFICER